# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | May 10, 2012 |
| **TIME:** | 3:30 p.m. |
| **DOCKET NUMBER:** | CV-12-725 (NG) |
| **NAME OF CASE:** | TORRES V. CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Wright |
| **FOR DEFENDANT(S):** | Farrell |
| **NEXT CONFERENCE:** | NOVEMBER 29, 2012 AT 3:30 P.M., IN-PERSON (See rulings below) |

**RULINGS FROM INITIAL CONFERENCE:**

Rule 26(a)(1) disclosures will be served by May 18, 2012.  Fact discovery will be completed by November 12, 2012.

**NEXT CONFERENCE:  NOVEMBER 29, 2012 AT 3:30 P.M.**  Counsel shall be prepared to state their position on settlement, with principals with full settlement authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone, to articulate the basis for any anticipated summary judgment motions, and to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.  The parties are encouraged to contact my chambers to schedule an earlier settlement conference if they believe it might be productive to hold one.