

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

ODILE M. FARRELL
*Assistant Corporation Counsel*
Room 3-210
Telephone: (212) 442-8678
Facsimile: (212) 788-9776
ofarrell@law.nyc.gov

July 17, 2012

**By ECF**
The Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  Tyrin Torres v. City of New York, et al., 12-CV-725 (NJ)(SMG)

Your Honor:

  I am an Assistant Corporation Counsel representing defendant City of New York in the above-referenced matter, in which plaintiff alleges, *inter alia*, that he was falsely arrested on October 1, 2011.  I write to respectfully request that the Court schedule this matter for a settlement conference.  Plaintiff's counsel consents to this request.

  The parties have exchanged initial disclosures and written discovery.  Plaintiff has made a settlement demand and defendant has made a settlement offer.  However, the parties' valuation of this matter is significantly different.  The parties believe it will be beneficial at this time to engage in a settlement conference before expending resources on additional discovery.

  Accordingly, the parties respectfully request that the Court schedule a settlement conference at a date and time convenient to the Court.  The only dates counsel for the parties are not available are the weeks of July 23rd, August 20th and September 3rd.

  Thank you for your consideration of this request.

- 2 -

Respectfully submitted,

*[signature]*

Odile M. Farrell
Assistant Corporation Counsel

cc: Christopher D. Wright, Esq. (by ECF)
   Afsaan Saleem, Esq. (by email asaleem@hmswlaw.com)